IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER PRIMERO,

    Petitioner,

v.                                                     No. CIV 09-113 JB/GBW

JAMES JANECKA, Warden, and
ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondents.

## FINAL ORDER

    Pursuant to the order entered concurrently herewith, the Court enters this Final Order under rule 58 of the Federal Rules of Civil Procedure, denying the petition and dismissing the action with prejudice.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Christopher Primero
No. 65794
Lea County Correctional Facility
Hobbs, New Mexico

    *Plaintiff pro se*

Gary K. King
   Attorney General for the State of New Mexico
Margaret E. McLean
   Assistant Attorney General
Office of the Attorney General
Santa Fe, New Mexico

    *Attorneys for the Defendant*